**Rakim Jihad SHABAZZ, a/k/a Calvin Bernard Hankins, Plaintiff–Appellant,**

v.

**Gary MAYNARD, Director, SCDC; Nathaniel Hughes, Classification Director; Tracie Baxley, Chief of Inmate Grievance Branch; James Simmons, Grievance Administrator; Rickie Harrison, Warden of Kershaw Correctional Institution; De-**bra Wise, Grievance Coordinator at Kershaw Correctional Institution; Correctional Officer SAPP, Kershaw Correctional Institution; Broach, Dental Assistant, Kershaw Correctional Institution; John Pate, Acting Warden at Allendale Correctional Institution; Richard Stroker, General Counsel, SCDC, Defendants–Appellees.

No. 03–6014.

United States Court of Appeals, Fourth Circuit.

Submitted May 21, 2003.

Decided May 29, 2003.

Rakim Jihad Shabazz, Appellant Pro Se. Norma Anne Turner Jett, Michael Charles Tanner, Early & Ness, Bamberg, South Carolina, for Appellees.

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Rakim Jihad Shabazz appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, without prejudice, his 42 U.S.C. § 1983 (2000) complaint. We affirm the district court's dismissal of Shabazz's denial of access to the courts claim for the reasons stated by the district court. *See Shabazz v. Maynard*, No. CA–02–1208–10–BD (D.S.C. Nov. 29, 2002). We affirm the district court's dismissal of Shabazz's other claims, but on the alternate ground of failure to exhaust available ad-

ministrative remedies. *See Porter v. Nussle*, 534 U.S. 516, 532, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002). Accepting, as we must, Shabazz's allegations that at the time they placed him on grievance restriction, Defendants returned to him a large number of grievances that had not been processed, Shabazz does not allege that he was barred from filing all subsequent grievances or that any subsequent grievances were returned unprocessed. Under the grievance restriction, he was not barred from filing grievances, but was limited to three grievances per month. Because the grievance system was available to him, albeit on a limited basis, dismissal without prejudice for failure to exhaust administrative remedies is proper.

Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*